UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAULA MOOREHEAD,<br><br>        Plaintiff,<br><br>  v.<br><br>MICHAEL CHERTOFF,<br><br>        Defendant. | CASE NO. C05-1767JLR<br><br>MINUTE ORDER |

    The following minute order is made by the direction of the court, the Honorable James L. Robart:

    The court is in receipt of the parties' agreed motion to extend the deadline for dispositive motions in this matter (Dkt. # 12). The court DENIES the stipulation. If the parties wish to enter a new stipulation, they must do so in compliance with this order.

    The court issues scheduling orders setting trial dates and related dates to provide a reasonable schedule for the resolution of disputes. First, the court generally sets the discovery cut-off 30 days prior to the deadline for filing dispositive motions in order to ensure that the court has before it a complete record when it considers a motion that could potentially dispose of the case. Second, the schedule generally provides 90 days between the deadline for filing dispositive motions and the trial date. This 90-day period takes

MINUTE ORDER – 1

into account: (a) an approximate 30-day lag between the date a party files a motion and the date that motion becomes ripe for the court's consideration, see Local Rules W.D. Wash. CR 7(d)(3); and (b) an additional 30 days during which the court endeavors to rule on the motion, id. at CR 7(b)(5). Anything short of a 90-day period leaves inadequate time for the parties to consider the court's ruling and plan for trial or an alternate resolution.

Here, the parties propose to shorten the deadline between dispositive motions and trial by thirty days. Without a compelling reason to do so, the court declines to abandon its case management principles outlined above. If the parties are unable to comply with the existing schedule, the court will consider a stipulated one-month continuance of the trial date and pre-trial deadlines, include the dispositive motions cut-off.

Filed and entered this 4th day of December, 2006.

BRUCE RIFKIN, Clerk

By  s/Mary Duett
    Deputy Clerk

MINUTE ORDER – 2