1
2
3
4

**05-CV-01567-BR**

5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7
8
9

PAULA R. MOOREHEAD,

10
          Plaintiff,                    NO. C05-1767Z

11
     v.                                 SPECIAL VERDICT

12
MICHAEL CHERTOFF, Secretary,
13 U.S. Department of Homeland
   Security, Transportation
14 Security Administration,

15
          Defendant.

16
17

    We, the jury, answer the questions submitted by the Court as

18 follows:

19
    QUESTION NO. 1: Do you find that plaintiff is entitled to

20
21 recover on claim one?

22
    ANSWER: _____ *NO* _____ (Write "yes" or "no")

23
    (If the answer to Question No. 1 is "yes," proceed to Question

24 No. 5.  If the answer to Question No. 1 is "no," proceed to

25 Question No. 2.)

26

QUESTION NO. 2: Do you find that plaintiff is entitled to
recover on claim two?

ANSWER: _____*NO*_____ (Write "yes" or "no")

(If the answer to Question No. 2 is "no," do not answer any
further questions and sign and date the Special Verdict.  If the
answer to Question No. 2 is "yes," proceed to Question No. 3.)

QUESTION NO. 3: Has the defendant proved by a preponderance of
the evidence that the defendant's decision to remove plaintiff was
also motivated by a lawful reason?

ANSWER: _____ (Write "yes" or "no")

(If your answer to Question No. 3 is "no," proceed to Question
No. 5.  If your answer to Question No. 3 is "yes," proceed to
Question No. 4.)

QUESTION NO. 4.  Has the defendant proved, by a preponderance
of the evidence, that the defendant would have made the same
decision to remove plaintiff even if the plaintiff's sex had played
no role in the defendant's decision?

ANSWER: _____ (Write "yes" or "no")

(If your answer to Question No. 4 is "yes," do not answer any
further questions.  If your answer to Question No. 4 is "no,"
proceed to Question No. 5.)

QUESTION NO. 5.  What amount of damages do you award to
plaintiff?

ANSWER: $ _____.

DATED this 18 day of _____April_____, 2007.

_____
PRESIDING JUROR

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26